IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01102-RPM-BNB

MINTECH STAFFING, LLC,

 Plaintiff,

v.

GLOBAL WIRELESS, INC.,
GREGORY CASSIDY,
MELISSA CASSIDY and
F. COOPER WARD,

 Defendant(s).

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

 Upon consideration of the Recommendation of United States Magistrate Judge Boyd N. Boland, filed December 1, 2005, and upon review of the bases for that recommendation as reflected in the file of this civil action, it is now

 ORDERED that this civil action is dismissed with prejudice for the failure of the plaintiff to prosecute.

 DATED:  January 25, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge